**Order entered October 18, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00247-CR

**CARSTEN HEDEMANN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-34917-R**

## ORDER

Appellant was convicted of aggravated sexual assault of a child younger than fourteen years of age. Appellant filed his brief on October 11, 2018. In the brief, he uses the name of the victim. Accordingly, we **STRIKE** appellant's brief.

We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that identifies the victim and any child under the age of eighteen either generically ("victim" or "complaining witness") or by initials only.

We **DIRECT** the Clerk to send copies of this order to Jeff L. Pierce and the Dallas County District Attorney's Office.

/s/    CRAIG STODDART
         JUSTICE